IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| LAVONNE "PENNY" LAMAR and )<br>WILLIAM K. KEY,                )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>    v.                        )<br>                              )<br>STATE OF ALABAMA              )<br>DEPARTMENT OF CONSERVATION    )<br>AND NATURAL RESOURCES,        )<br>et al.,                       )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>1:14cv571-MHT<br>(WO) |

### JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 71), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant State of Alabama Personnel Department is dismissed with prejudice and terminated as a party, with costs taxed as paid.

(2) Counts VIII, IX, and X of plaintiffs' amended complaint (doc. no. 29) are dismissed with prejudice.

(3) All other claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 22nd day of February, 2016.

                                         /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE